UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x   Case No. 1:25-cv-02673-JPO-RWL

ZL TECHNOLOGIES, INC.,

                  Plaintiff,   **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**

-against-

SHIELD FINANCIAL COMPLIANCE, LTD.;
SHIELD FINANCIAL COMPLIANCE, INC.;
KLDISCOVERY ONTRACK, LLC and
AARON GARDNER,

                  Defendants.
--------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant AARON GARDNER may move, answer, or otherwise respond to the Complaint is hereby extended up to and including June 17, 2025.

     No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant AARON GARDNER expressly reserves, any and all defenses.

     There has been no previous request for extension of time in connection with this matter.

Dated: June 5, 2025

WUERSCH & GERING LLP

By: */s/Kevin Murphy*
 Kevin Murphy
100 Wall Street, 10th Floor
New York, NY 10005
Tel: 212-509-5050
Fax: 212-509-9559

*Attorneys for Plaintiff ZL Technologies, Inc.*

GROVE LAW PC

*/s/ Hannah Sholl*
Hannah Sholl
1460 Broadway
New York, New York 10036
Tel: (917) 660-8172
hsholl@grove.law

*Attorney for Defendant Aaron Gardner*

SO ORDERED:

June 10, 2025

_____
J. PAUL OETKEN
United States District Judge