UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZL TECHNOLOGIES, INC.,<br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>SHIELD FINANCIAL COMPLIANCE, LTD.;<br>SHIELD FINANCIAL COMPLIANCE, INC.;<br>KLDISCOVERY ONTRACK, LLC and<br>AARON GARDNER,<br>　　　　　　　　　Defendants. | Case No. 1:25-cv-2673-JPO |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the undersigned hereby moves this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment dismissing Plaintiff's complaint with prejudice as to Defendant Aaron Gardner pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
　　　　June 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　GROVE LAW PC

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Hannah Sholl*
　　　　　　　　　　　　　　　　　　　　　　　Hannah Sholl
　　　　　　　　　　　　　　　　　　　　　　　GROVE LAW PC
　　　　　　　　　　　　　　　　　　　　　　　1460 Broadway
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　Tel: (646) 480-6408
　　　　　　　　　　　　　　　　　　　　　　　hsholl@grove.law

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Aaron Gardner*