UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZL TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br><br>-against-<br><br>SHIELD FINANCIAL COMPLIANCE, LTD.;<br>SHIELD FINANCIAL COMPLIANCE, INC.;<br>KLDISCOVERY ONTRACK, LLC and<br>AARON GARDNER,<br>            Defendants. | Case No. 1:25-cv-2673-JPO<br><br>**NOTICE OF APPEARANCE** |

  Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant KLDiscovery Ontrack, LLC.

Dated: New York, New York
    July 29, 2025

                   PAUL, WEISS, RIFKIND,
                   WHARTON & GARRISON LLP

                   */s/ Mohamed Light*
                   Mohamed Light

                   1285 Avenue of the Americas
                   New York, New York 10019-6064
                   Tel: (212) 373-3862
                   Fax: (212) 492-0862
                   mlight@paulweiss.com

                   *Attorneys for Defendant*
                   *KLDiscovery Ontrack, LLC*